# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

3:05-MC-322

**IN RE: OFFICIAL COURT CLOSINGS FOR 2005**

**THIS MATTER** is before the Court upon its own motion. The Western District of North Carolina Judiciary Branch will be closed on the following dates:

1) Thursday, November 24, 2005 & Friday, November 25, 2005
2) Friday, December 23, 2005 & Monday, December 26, 2005

**IT IS SO ORDERED**.

This the 13th day of October, 2005.

GRAHAM C. MULLEN
**CHIEF U. S. DISTRICT JUDGE**